Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arasally Durfee,<br><br>   Plaintiff,<br> v.<br><br>J & H Asset Property Management Inc.,<br><br>   Defendant. | Case No. 8:23-cv-00210-JWH-DFM<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

  Plaintiff Arasally Durfee and Defendant J & H Asset Property Management Inc. hereby stipulate and agree to dismiss this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear their own attorney's fees and costs.

  Respectfully submitted,

Dated: January 3, 2024        Law Office of Rick Morin, PC

                     */s/ Richard Morin*

                     _____
                     By: Richard Morin
                     Attorney for Plaintiff

Dated: January 3, 2024                    Freeman Mathis & Gary, LLP


                                          /s/ William A. Munoz
                                          By: William A. Munoz
                                          Attorney for Defendant

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: January 3, 2024                    Law Office of Rick Morin, PC

                                          Richard Morin
                                          Attorney for Plaintiff